

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NOS. WR-93,371-01 & WR-93,371-02

## EX PARTE MATHIEU KANYABITABO AKA MATHIEU KANYBITABO, Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. 13819-D & 14123-D IN THE 350TH DISTRICT COURT
### FROM TAYLOR COUNTY

*Per curiam*. KELLER, P.J., filed a dissenting opinion in which YEARY and SLAUGHTER, JJ., joined.

## OPINION

Applicant made open pleas of guilt to aggravated assault and theft. In a combined punishment proceeding, he was sentenced to thirteen years' imprisonment for the aggravated assault offense and sixteen months' imprisonment for the theft offense. Applicant did not appeal his convictions. Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

Applicant contends, among other things, that trial counsel was ineffective for failing to investigate, pursue, and present mitigating evidence at punishment. The trial court made findings

of fact and conclusions of law recommending that relief be denied. We disagree. Based on our own independent review of the record, we find that trial counsel's performance was deficient and that Applicant was prejudiced.

Relief is granted. *Strickland v. Washington*, 466 U.S. 668 (1984). The sentences in cause numbers 13819-D and 14123-D in the 350th District Court of Taylor County are set aside, and Applicant is remanded to the custody of the Sheriff of Taylor County to receive a new punishment hearing. The trial court shall issue any necessary bench warrant within ten days from the date of this Court's mandate.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Delivered: March 29, 2023
Do not publish